■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO GUERRERO, Appellant. [672 NYS2d 763] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered April 24, 1996, convicting him of sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion in allowing the seven-year-old complainant to testify as a sworn witness, since he had " 'some conception' of the obligations of an oath and the consequences of giving false testimony" (*People v Parks,* 41 NY2d 36, 46, quoting *People v Washor,* 196 NY 104, 109). Moreover, the child indicated that he knew the difference between the truth and a lie and knew that he would be punished if he did not tell the truth (*see, People v Schultz,* 168 AD2d 468). We also note that the child's testimony was corroborated by other physical and testimonial evidence indicating that the defendant had sodomized the child (*see,* CPL 60.20 [3]).

The defendant's challenge to the prosecutor's opening statement and summation is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245) and, in any event, did not exceed the bounds of permissible rhetoric afforded counsel during argument (*see, People v Ashwal,* 39 NY2d 105; *People v Wilson,* 173 AD2d 751).

The defendant's remaining contentions are unpreserved for appellate review, without merit, or do not warrant reversal. Bracken, J. P., O'Brien, Santucci and Joy, JJ., concur.